(1) *Motion for Leave & Complaint to Proceed In forma Pauperis Due to The Serious Nature of Defendants Conducts [?]*

**RECEIVED**

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 MAY 24  A 9:22

*Clarence Rutland, Demon Slater, #177985*
*#10201*
*(Silas Borden #127892) et al*

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

(2) *Similarly-Situated*, **Plaintiffs**

Full name and prison number of
plaintiff(s)

)
)
)
)

(3) *Jurisdiction*
*I.*
*12-11-30 code 1975 to*
*42 USC, 1983, 1981²*

v.

)
)
)
)

CIVIL ACTION NO. **2:05cv491-D**
(To be supplied by the Clerk of the
U.S. District Court)

(4) *Sgt. Davidson, Sgt Jackson*
*Lt. Babie, 2nd ONE Medical*
*Profile for Sack Lunch, Unhonored*
*Bullock Correctional Facility, Similarly-Situated*

)
)
)
)
)

**2:05 CV 504-D**

Name of person(s)
who violated your constitutional rights.
(List the names of all the persons) )

*Defendants(5)*

I.    PREVIOUS LAWSUITS

*1.*
*429 U.S. At 106   Fruip 86(1) 2nd 86(2)*

A.   Have you begun other lawsuits in state or federal court dealing with the same or
similar facts involved in this action?   Yes ( )   No (X)

B.   Have you begun other lawsuits in state or federal court relating to your
imprisonment?       Yes ( )   No (X)

C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there
is more than one lawsuit, describe the additional lawsuits on another piece of
paper, using the same outline).

1.    Parties to this previous lawsuit *I.d.*
      Plaintiff(s) _____

      Defendant(s) _____
      _____
      _____

2.    Court (if federal court, name the district; if state court, name the county)
      _____
      _____

3.    Docket No. _____

4.    Name of Judge to whom case was assigned _____
      _____

Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? *Yes*

6.  Approximate date of filing lawsuit *may 20th, 2005*

7.  Approximate date of disposition *(SAP)*

II.  PLACE OF PRESENT CONFINEMENT *P.O.Box 5107*
*Union Springs, AL 36089*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

|  | NAME | ADDRESS |
|---|---|---|
| 1. | *Sgt. Davison* | *P.O. Box 5107* |
| 2. | *Sgt. Jackson* | *Union Springs, Al 36089* |
| 3. | *Lt. Bable* | |
| 4. | *Warden, Direct & Indirect lie* | |
| 5. | *this unconstitutional officers Actions* | |
| 6. | *designed to Violate Civil Laws [ ]* | |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *The Defendants were deliberate Indifferent to The Plaintiffs medical Needs, to Discriminate against Them to Violate, 429 U.S. At 106 applying Indifferent standards.*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

*Statement of Claim: On approximate May 20, 2005, At SACK Lunch Time, the Named Defendants Refused to Honer A Legally Issued, Medical mate Profile for SACK Lunches to Be given the Plaintiff But Through Discrimination, the Defendants, deliberatly*

violated Secured Civil Rights, when they willfully, violated
The criminal counter part to 18 U.S.C. 242 of 42 U.S.C.
1983 (2)(2)(3)(4)(5)

GROUND TWO:

The Defendants Named Did Not Have Legally Authority
to Stop Sack Lunch's, Issued for medical Reasons.

SUPPORTING FACTS:

and same did Violate 429 U.S. At 106, applying
Deliberate Indifferent standard, to Secured medical
Needs, The Plaintiffs Contends under FRCP 23(a)
That The Defendants All Acted with Callous Reckless
disregards, to Civil Rights, when They, Denied Sack

GROUND THREE:

Lunch without, any medical Reason, other
Than, to go against, Doctor Sodiet who Issued

SUPPORTING FACTS:

The medical Profiles, for Sack Lunches In Prison
Because what was Done upon Land and Territory of
The U.S. In a State Prison, for Beeing willfully
Indifferent to the Plaintiff medical Needs, The
Plaintiff Now Seek 10 BILLIONS In Their Class Action suit.

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE
NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

[ ] 477 U.S. At 2510 of FRCP Rule 56 (e)

The Plaintiffs makes their Genuine Claims on
Personal Knowledge and Occurance, In
Medical Denial

approx. may 20, 2005                    /s/ Clarence Ruthand #102041
                                         Signature of plaintiff(s)
                                        /s/ Demon M. Slater #177985
                                        /s/ Silos Braden 127842

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _May 20, 2005_
                        (date)

                            /s/ Clarence Ruthand #102141
                            Signature of plaintiff(s)

                            /s/ Demon M. Slater #177985

                            /s/ Silos Braden 127842

2.

Neal v. Kelly, 963 F.2d At 58
Rt: Verified Complaint, etal. FRCP 23(a)