IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| SILAS BORDEN, 3127 842 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-504-D |
| SGT. DAVIDSON, *et al.*, | * |
| Defendants. | * |

_____

**O R D E R**

By order filed June 15, 2005 the court directed Plaintiff to submit an inmate account statement reflecting the average monthly balance in his prison account and the average monthly deposits to his account for the 6-month period *immediately* preceding the filing of this complaint. Plaintiff has submitted nothing in response to this order.

Accordingly, it is

ORDERED that on or before July 20, 2005 Plaintiff shall show cause why this case should not be dismissed for his failure to comply with the court's June 15, 2005 order. In filing his response, Plaintiff shall advise the court of whether he requested prison officials to provide the inmate account information or whether he has simply chosen not to submit this information. If Plaintiff does not wish to continue with this cause of action, he shall so advise the court and file a motion to dismiss.

Plaintiff is cautioned that his failure to comply with this Order will result in a Recommendation by the undersigned that this case be dismissed

Done this 7th day of July, 2005.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE