IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SILAS BORDAN, # 127 842, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05v504-D |
| | )           (WO) |
| SGT. DAVIDSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On July 28, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the record and upon CONSIDERATION of the Recommendation of the Magistrate Judge, the Recommendation is hereby adopted, and it is

ORDERED that this case be and the same is hereby DISMISSED without prejudice for the plaintiff's failure to comply with the orders of the court.

DONE this 17th day of August, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE